# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FORD,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE McDONALD, Warden,<br><br>    Respondent. | Case No. ED CV 09-0275 VAP (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _October 2, 2010__

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1